No. 32,434

In re Condemnation of Land for Nemaha County Memorial Park Purposes. (EDWARD KRUGER and FRED KRUGER, *Appellants*, v. THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF NEMAHA, *Appellee*.)

(52 P. 2d 630)

Opinion filed December 17, 1935.

*James L. Haley,* of Sabetha, for the appellants.
*Harry A. Lanning,* of Seneca, for the appellee.

*Per Curiam:* The principal error assigned in this appeal pertains to the order of the trial court in sustaining appellee's motion for a new trial, where the court expressed its dissatisfaction with the verdict. In such a situation it was the trial court's duty to grant a new trial, and the appeal from that ruling presents no substantial question for appellate review—following *Klopfenstein v. Traction Co.,* 109 Kan. 351, 354-355, 198 Pac. 930.

The judgment is affirmed.